IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

  vs.                                                Case. No.: 98-CR-176-08 (JAF)
                                                                              98-CR-009-15 (CCC)

DANNY GUZMAN-CORREA
A/K/A "DANNY PINCHO"
*****************************

MOTION REQUESTING MODIFICATION OF CONDITIONS

TO THE HONORABLE JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, VICTOR M. CANINO U.S. PROBATION OFFICER of this Honorable Court,** requesting a modification of conditions of Danny Guzmán-Correa who was sentenced on January 7, 2000, to ninety-six (96) months of imprisonment after pleading guilty to violating Title 21 U.S.C. § 841(a)(1) (2counts). A four (4) year supervised release term was also imposed with the following special conditions: Mr. Guzmán-Correa was ordered to submit to urinalyses and engage in treatment if necessary and provide financial information upon request. He was further ordered to pay a $200.00 special monetary assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Through various community contacts, the United States Probation Office in the District of Puerto Rico has received information by anonymous sources that Mr. Guzmán-Correa was involved in drug trafficking. Subsequent to those reports, the United States Probation Office received information from law enforcement sources that a car-stop which yielded 1/8 kilo of heroin and 5,000

decks of heroin was rented to Mr. Guzmán-Correa. The case was staffed and it was determined that Mr. Guzmán-Correa's case would be given special offender status. On August 26, 2005, Mr. Guzmán-Correa was informed of his status change and voluntarily signed a Probation 49 form waiving his right to a hearing thus agreeing to modify his conditions.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Guzmán-Correa. conditions of supervised release to include a search and seizure condition.

In San Juan, Puerto Rico, this 1st day of December 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/<u>Víctor M. Canino</u>
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room 400
 San Juan, PR 00918
 (787) 771-3629
 (787) 771-4063
 victor_canino@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, December 1st, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Bert Garcia , U.S. Attorney, and Joseph Laws of the United States Federal Public defenders Office.

At San Juan, Puerto Rico this 1st day of December 2005.

S/<u>Víctor M. Canino</u>
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
(787) 771-4063
victor_canino@prp.uscourts.gov

VMC