IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Vs.

Case No: 98-CR-176-08(JAF)
98-CR-009-15(CCC)

DANNY GUZMAN-CORREA
A/K/A "DANNY PINCHO"
**********************************

ORDER

Upon petition of **VICTOR M. CANINO, U.S. PROBATION OFFICER** of this Court, alleging that **Danny Guzman Correa** has failed to comply with his conditions of supervised release, it is

**ORDERED** that the term of supervised release be tolled as of and that Mr. **Danny Guzman Correa** appear before the Court for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the releasee's arrest, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this ____ day of __February__, 2007

JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE