IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
PLAINTIFF,

    VS.

DANNY GUZMAN CORREA            CRIM. NO. 98-176(JAF)
                                                  98-009(CCC)

DEFENDANT
*****************************************

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    NOW COMES Attorney ROBERT W. ODASZ, and respectfully informs the Court that he has been retained to represent defendant DANNY GUZMAN CORREA in the instant matter.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of February of 2007.

                                                    S-Robert W.Odasz

                                                    Robert W. Odasz
                                                    PMB 462 5900 Isla Verde Ave,
                                                    Carolina, P.R. 00979
                                                    Tel -Fax (787)791-652 E-Mail: Robertodasz@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


CERTIFICATE OF SERVICE

I hereby certify that on February 12th, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

At San Juan, Puerto Rico, this 12thth day of February of 2007.

    S-Robert W. Odasz
Robert W. Odasz #7832 Attorney
PMB 462 5900 Isla Verde Ave.
Carolina, Puerto Rico
00979 Tel/fax (787)
791-6522
Robertodasz@aol.com