IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Danny Guzmán-Correa<br><br>Defendant | CASE NO.   98-176-08 (JAF) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

      (1)   is financially unable to employ counsel,

      (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC

At San Juan, Puerto Rico, on   February 6, 2007

                                                  FRANCES RÍOS DE MORÁN
                                                Clerk of the Court

                                                By: s/ Jyoti Mehta-López
                                                    Courtroom Deputy Clerk