IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
PLAINTIFF,

    VS.

DANNY GUZMAN CORREA            CRIM. NO. 98-176(JAF)
                                                           98-009(CCC)

DEFENDANT
*****************************************

## **NOTICE OF APPEAL**

TO THE HONORABLE COURT:

    NOW COMES Attorney ROBERT W. ODASZ, and respectfully informs the Court that DANNY GUZMAN CORREA will appeal the Judgement and Sentence in the above referenced cases.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of March of 2007.

                                                      S-Robert W.Odasz

                                                      Robert W. Odasz
                                                      PMB 462 5900 Isla Verde Ave,
                                                      Carolina, P.R. 00979
                                                      Tel -Fax (787)791-652 E-Mail: Robertodasz@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CERTIFICATE OF SERVICE

I hereby certify that on March 8th, 2007, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

At San Juan, Puerto Rico, this 8th day of March of 2007.

S-Robert W. Odasz
Robert W. Odasz #7832 Attorney
PMB 462 5900 Isla Verde Ave.
Carolina, Puerto Rico
00979 Tel/fax (787)
791-6522
Robertodasz@aol.com