UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**     April 3, 2007

**DC #:**     98-176 (JAF)

**APPEAL FEE PAID:**     YES ____     NO __X__

**CASE CAPTION:**     USA   v.   Gutiérrez-Rentas
                     Defendant:   Danny Guzmán-Correa (8)

**IN FORMA PAUPERIS:**     YES __X__     NO ____

**MOTIONS PENDING:**     YES ____     NO __X__

**NOTICE OF APPEAL FILED BY:**     Defendant

**APPEAL FROM:**     Judgment for Revocation entered on 03/07/06

**SPECIAL COMMENTS:**     Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                 **VOLUMES:**

**Docket Entries**   1-199c                                                    I
**Docket Entries**   200-293                                                   II
**Docket Entries**   294-342,348-350,354,356,362,365,369-384                   III

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk