# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

DATE:   October 3, 2007

DC #:   98-176   (JAF)

USCA #   07-1564

CASE CAPTION:         USA     v.     Gutiérrez-Rentas
                      Defendant:   Danny Guzmán-Correa  (8)

SPECIAL COMMENTS:   Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                VOLUMES:

Docket Entry   390   (Transcript)                            I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Appeals Clerk